UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ALBERT PAUL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09-CV-238 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| CITY OF COPPERHILL, TENNESSEE, | ) | |
| and CECIL ARP, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's motion to amend his complaint to add causes of action under the Americans with Disabilities Act and Age Discrimination Employment Act [Doc. 16]. Plaintiff has only recently received his "right to sue" letter from the Equal Employment Opportunity Commission for those causes of action. Plaintiff represents Defendants do not oppose the amendment. The scheduling order deadline for amended pleadings is October 5, 2010, before which time leave to amend "should [be] freely give[n] when justice so requires." Accordingly, Plaintiff's motion to amend [Doc. 16] is **GRANTED**. Plaintiff shall file his amended complaint by **May 19, 2010**.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE